

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KASSANDRA MEAD, | § | No. 08-15-00006-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| KARL H. RENNER, BETTY K. THOMSON, AND KATHRYN MOREHEAD, | § | of Brewster County, Texas |
| | § | (TC# 2011-03-B0118-CV) |
| Appellees. | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Kassandra Mead, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because she no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


STEVEN L. HUGHES, Justice

March 11, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.